IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KELTON SIMMONS, Individually and on Behalf of B. J. S. § § § | |
| Plaintiffs, § | CIVIL ACTION NO. G-05-191 |
| § § | |
| vs. § | |
| § § | |
| EL PASO GAS PIPELINE CO., et al § § | |
| Defendants. § | |

## ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

On this date a Minor Settlement Hearing was held in the above-referenced case. The Court, after considering the evidence and the statements of the attorneys, finds that it would be in the best interests of the minor, B.J.S., to deposit the funds awarded him under the settlement agreement herein, into the Registry of the Court, in an interest bearing account, for the benefit of the child, until the child reaches the age of eighteen (18) years, at which time he shall be entitled to his funds.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the net sum of $10,000.00 be delivered to the Clerk of the Court and deposited in an interest-bearing account, for the benefit of B.J.S., whose date of birth is --/--/1998 and whose Social Security No. is ------1003, until the said B.J.S. reaches the age of eighteen (18) years, at which time said sum, along with all accumulated interest, shall be delivered to him upon his presenting proper identification.

SIGNED this _____ day of _____, 2006.

 

                                                SAMUEL B. KENT
                                                UNITED STATES DISTRICT JUDGE